UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-246-F

| CATHERINE GOODNITE, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **ORDER** |
| v. | ) |  |
|  | ) |  |
| REX & SONS RV'S, INC. and FOREST RIVER, INC. | ) |  |
|  | ) |  |
| Defendants. | ) |  |

The Plaintiff has informed [DE-23] the court the parties have reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before Monday, June 15, 2015. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date.

SO ORDERED.

This the 17th day of April, 2015.

_James C. Fox_
James C. Fox
Senior United States District Judge