UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-246-F

| | |
|---|---|
| CATHERINE GOODNITE, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>REX & SONS RV'S, INC. and FOREST )<br>RIVER, INC. )<br>)<br>Defendants. ) | **ORDER** |

In an order filed on June 15, 2015 [DE-26], the court allowed Plaintiff's Motion to Extend Time to File Dismissal Paperwork [DE-25] and allowed counsel for Plaintiff and Defendant until August 15, 2015, to file a stipulation of dismissal. When counsel failed to file a stipulation of dismissal by that date, the court issued another order [DE-27] directing Plaintiff to show cause, in writing, within 14 days, why this action should not be dismissed with prejudice. Plaintiff's counsel has failed to respond again.

This action is accordingly DISMISSED WITH PREJUDICE.

SO ORDERED.

This the 8' day of September, 2015.

James C. Fox
Senior United States District Judge